**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00998-CR

**KEVIN DEWAYNE EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 28935-422**

## ORDER

This appeal is **REINSTATED**.

By order issued January 9, 2013, we abated this appeal and ordered the trial court to conduct a hearing to determine why appellant's brief was not timely filed. A supplemental reporter's record has been filed with the Court showing the trial court conducted a hearing and is recommending that appellant be given an extension of time to file his brief.

We **ADOPT** the trial court's recommendation. We **EXTEND** the time to file appellant's brief to **THIRTY DAYS** from the date of this order.


/s/     LANA MYERS
              JUSTICE